B 2100 A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re: <u>Carole Linette Rogers and Gerard McKinley Rogers, Sr.</u>          Case No:<u>15-71996-JWC</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X** | **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2005-AB2** |
| Name of Transferee | Name of Transferor |

Court Claim # (if known):  **7**
Amount of Claim:  **$105,674.51**
Date Claim Filed:  **03/24/2016**

Name and Address where notices to transferee should be sent:

**Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, Texas 75261-9741**
Phone:   **(877) 343-5602**
Last Four Digits of Acct #: **1084**

Phone (if available): **877-343-5602**
Last Four Digits of Acct#:    **1084**

Name and Address where transferee payment should be sent (if different from above):

**Nationstar Mortgage LLC d/b/a Mr. Cooper
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741**

Phone:   **(877) 343-5602**
Last Four Digits of Acct #: **<u>1084</u>**


By:      <u>/s/ Lisa F. Caplan</u>                           Date:  <u>June 12, 2018</u>
         Lisa F. Caplan
         GA State Bar No. 001304
         Rubin Lublin, LLC
         3145 Avalon Ridge Place, Suite 100
         Peachtree Corners, GA 30071
         (877) 813-0992
         lcaplan@rubinlublin.com
         Attorney for Creditor


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5years, or both. 18 U.S.C §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I, Lisa F. Caplan of Rubin Lublin, LLC certify that on the 12th day of June, 2018, I caused a copy of the Transfer of Claim Other Than for Security to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Carole Linette Rogers
2050 Amberly Glen Way
Dacula, GA 30019

Gerard McKinley Rogers, Sr.
2050 Amberley Glen Way
Dacula, GA 30019

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

Nancy J. Whaley
303 Peachtree Center Avenue
Suntrust Garden Plaza, Suite 120
Atlanta, GA 30303

Executed on 6/12/18
By:/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor